ordered should have been the value of the land sold, that the act prescribes what shall be restored as the money or price for which the lands were sold, and the court had no power to exceed this limit.

The orders are affirmed.

208 ____ 233
Case 1
32 SC 265

**H** _____

                    *v.*

**T** _____

*Rules of court—Statement of question involved.*

The provision of Rule 26 that the statement of the question involved shall not exceed half a page is mandatory and will be enforced by suppression of the paper-book and non-pros of the appeal.

On the handing up of the paper-books in the above case the court of its own motion, calling attention to the fact that the statement of the question involved was two pages in length, in violation of Rule 26, suppressed the paper-book and non-prossed the appeal.

---

## Del Rossi, Appellant, *v.* Cooney.

208 ____ 233
Case 2
210    1332

208 ____ 233
e 29 SC 1509

208 ____ 233
Case 2
35 SC 1409

208 ____ 233
Case 2
f40SC2142

*Negligence—Infant—Parent and child—Duty of care.*

Parents owe the duty of protection to their child of tender years, and they must exercise care to prevent it being exposed to danger in order to relieve themselves from the charge of contributory negligence if the child is injured through the fault of another. When, therefore, a parent seeks to charge a negligent defendant with injury to his child, it must appear that he has used the care towards it demanded of him by the circumstances. The care thus required, however, is only such as persons of reasonable prudence of the same class and with the same means ordinarily exercise and deem adequate to protect their children from danger.

In an action to recover damages for the death of a child four years old run down by a wagon in a street, the parents rebut the presumption of negligence arising from the fact that the child was on the street alone at the time of the accident, by evidence to the effect that they were very